RECEIVED
JAN - 4 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TAHONIE C. JOYCE | : | CIVIL ACTION NO. 2:15-cv-485 |
| BOP #48978-018 | | SECTION P |
| VERSUS | : | JUDGE TRIMBLE |
| BECKY CLAY | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the petitioner's application for a writ of *habeas corpus* be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE.**

Lake Charles, Louisiana, this 4th day of January, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE